**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0194-20

JANET L. SACKLOW,

     Plaintiff-Respondent,

v.

RICHARD M. BETTS,

     Defendant-Appellant.

_____

Submitted April 20, 2021 – Decided May 7, 2021

Before Judges Fisher and Gummer.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Middlesex County, Docket No. FM-12-1502-07.

Peter A. Ouda, attorney for appellant.

Respondent has not filed a brief.

PER CURIAM

    In this matrimonial case, defendant appeals the denial of his motion to vacate pursuant to Rule 4:50-1(f) certain aspects of a 2014 order that addressed

plaintiff's motion and defendant's cross-motion concerning custody and other issues regarding their child. Noting the parties' child is now a twenty-one-year-old adult, we affirm substantially for the reasons set forth in Judge Marcia L. Silva's comprehensive, written decision.

Affirmed.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-0194-20